# EXHIBIT A

**STATE OF CALIFORNIA - DEPARTMENT INDUSTRIAL RELATIONS**
**DIVISION OF LABOR STANDARDS ENFORCEMENT**
**STATE LABOR COMMISSIONER**

## Initial Report or Claim / Reporte Inicial O Reclamo

PLEASE PRINT ALL INFORMATION / POR FAVOR ESCRIBA CON LETRA DE MOLDE TODA LA INFORMACIÓN

| FOR OFFICE USE ONLY – NO ESCRIBA EN ESTA SECCION | | |
|---|---|---|
| Taken by | Wage Adjudication | |
| Date filed | Action | SIC Number |

If interpreter needed, what language? / Si necesita un interprete, que idioma?: _____

**Your name / Su nombre:** Patricia G. Mauney
**Interpreter needed / Interprete requerido:** ☐ Yes ☒ No
**Social Security Number / No. de Seguro Social:** 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
**Date of birth / Fecha de nacimiento:** 6/27/1947

**Your address – Number and street, apartment or space no. / Su domicilio – No. y calle, apartamento o no. de espacio:** 11414 Forty Niner Circle
**Home phone no. / Teléfono - casa:** (916) 852-7035
**Work phone no. / current / No. de teléfono de su trabajo actual:** ( )

**City, State, Zip Code / Ciudad, Zona Postal:** Gold River, CA 95670
**California Driver's License No. / CA. I.D. Number / No. de Licencia de Conducir o Identificación de California:** K0765038

### AGAINST / EN CONTRA

**Name of business / Nombre del negocio:** Venturist Inc.
☒ Corporation  ☐ Sociedad anonima
☐ Sole owner  ☐ Propietario
☐ Partnership  ☐ Sociedad
☐ LLC-LLP  ☐ LLC-LLP
☐ Bankruptcy  ☐ Bancarrota
☐ Business sold  ☐ Negocio vendido
☐ Business closed  ☐ Negocio cerrado

**Employer's vehicle license no. / Numero de licencia del vehiculo del empleador:** _____

**Address of business, City, State, Zip Code / Dirección del negocio, Ciudad, Zona Postal:** 8233 Old Federal Road, Montgomery, AL 36117

**Name of person in charge / Nombre de la persona a cargo:** John A. Warden III
**Telephone no. / No. de teléfono:** 334-272-9800
**Type of business / Tipo de negocio:** Consulting
**No. of employees / No. de empleados:** 4

**Type of work performed / Ocupación, tipo de trabajo hecho:** Consulting/Marketing
**Date of hire / Fecha de empleo:** 6/1/2000
**Public Works Project? / ¿Proyecto de Obras Públicas?** ☐ Yes ☒ No
**Was your job union? / ¿Pertenecía Ud. a un sindicato?** ☐ Yes ☒ No

**Location where work performed – Number and Street, City, County, Zip Code / Lugar donde trabajó – No. de Calle, Ciudad, Condado, Zona Postal:** 11414 Forty Niner Cir., Gold River, CA 95670 / 8233 Old Federal Rd., Montgomery, AL

### WAGES - CONDITIONS OF EMPLOYMENT / SUELDO - CONDICIONES DE EMPLEO

**Rate of pay - per hour, day, week or month or piece rate (specify) / Tasa de pago - por hora, dia, semana, mes o por pieza (especifique):** $ See Exhibit A
**Total hours worked / Total de horas trabajadas:** By day See Exhibit A   By week Exhibit A
**Paid Overtime? / ¿Le pagaban el sobretiempo?** ☐ Yes ☒ No

**Are you still working for this employer? / ¿Aún sigue trabajando para este patrón?** Constructive ☒ Discharged / Despedido   ☐ Quit / Renunció
☐ Yes ☐ No
**On what date? / ¿En que fecha?** 3/1/06
**Were you paid at time of discharge? / ¿Le pagaron cuando lo despidieron?** ☐ Yes ☒ No

**If quit, did you give 72 hours notice? / ¿Si renunció, dió Ud. 72 horas de aviso?** ☐ Yes ☐ No
**Have you asked for your wages? / ¿Ha solicitado su sueldo?** ☒ Yes ☐ No
**If yes, on what date? / Si es que si, ¿en que fecha?** 4/13/06 by mail
☐ In person / En persona   ☒ By mail / Por correo

**How were you paid? / ¿Cómo le pagaban?** ☐ By check / con cheque ☐ In cash / en efectivo
**Given a deduction slip? / ¿Le dieron un talón de deducciones?** ☐ Yes ☒ No
**Did you keep a record of hours worked? / ¿Tiene record de las horas trabajadas?** ☐ Yes ☒ No

### GROSS WAGES CLAIMED / GANANCIAS EN BRUTO RECLAMADAS

**From (date) / De (Fecha):** 1/2005
**To (date) / A (Fecha):** 3/06
**Number of hours, days, weeks or months (Specify: vacation, commission, expenses, overtime) / No. de horas, dias, semanas o meses reclamados (Especifique: vacaciones, comisión, gastos, sobretiempo):** See Exhibit A

**At the rate of - per hour, day, week or month (specify) / Al pago de - por hora, dia, semana o mes (especifique):** $ See Exhibit A

**Gross amount claimed / Cantidad en bruto reclamada:** $ See
**Less amount paid / Menos la cantidad recibida:** $ Exhibit A
**Amount claimed / Cantidad o saldo reclamado:** $ ''

**Brief explanation of issues (use additional sheet if necessary) / Breve explicación de los hechos (use papel adicional si es necesario):** See Exhibit A

*I hereby certify that this is a true statement to the best of my knowledge / Por el presente, que esta es una declaración veridica conforme a mi conocimiento.*

**Signed:** Patricia G. Mauney
**Date:** 5/11/2006

DLSE FORM I / WAGE ADJUDICATION REV. 5/2005

# EXHIBIT "A"

I believe that I am entitled to the following wages, which Venturist, Inc. has failed to pay me.

**Unpaid Commissions:** While employed with Venturist, Inc. from March 2003 until December 2005, I earned, but was not paid, the following commissions:

| | |
|---|---|
| PP2 (April 2003) | $1,331.80 |
| Pfizer (May 2003) | $150.00 |
| EJGH (May 2003) | $10.00 |
| Pfizer (June 2003) | $1,650.00 |
| CEN (October 2003) | $40.00 |
| AB (October 2003) | $11.20 |
| Pfizer, La Jolla HR (October 2003) | $5,380.00 |
| Bama (October 2003) | $650.00 |
| City of Garland (December 2003) | $334.50 |
| SAIC – Borneman (January 2004) | $6.40 |
| City of Garland (January 2004) | $19.00 |
| AB Canada (February 2004) | $10.00 |
| SAIC (May 2004) | $20.00 |
| TI Bama (May 2004) | $22.14 |
| DTRA (June 2004) | $69.86 |
| DTRA (July 2004) | $3058.00 |
| Oracle Packaging (August 2004) | $4,000.00 |
| ANG (August 2004) | $400.00 |
| Oracle Packaging (September 2004) | $3,000.00 |
| Oracle Packaging (October 2004) | $21,000.00 |
| Scandinavia (December 2004) | $800.00 |
| Prometheus Academy (January 2005) | $400.00 |
| MTC (July 2005) | $1,375.00 |
| AMD (October 2005) | $36,000.00 |
| Denmark (December 2005) | $1,100.00 |
| Prometheus Academy (January 2006) | $15,600.00 |
| Top Aces (January 2006) | $30,000.00 |
| **Total:** | **$126,437.10** |

In addition to the commissions listed above, there were other deals that I assisted in negotiating/closing, but was not paid a commission. These deals included IMS (June 2005), Bama (September 2005), AMD (October 2005), Bama (November 2005), and AMD (December 2005). I estimate that I am owed an additional $50,000 in commissions from these deals. Accordingly, I am owed approximately $176,000 in unpaid commissions.

**Overtime Wages:** During my employment with Venturist, Inc., I was never compensated for any overtime that I worked. I estimate that I worked approximately 55 hours each week. Accordingly, based upon my yearly compensation, I believe I am entitled to the following amount in overtime wages:

        2003: (hourly rate $23.79) = $27,838
        2004: (hourly rate $25.58) = $29,936
        2005: (hourly rate $44.00) = $47,520
        **Total:** $105,294

**Unpaid Vacation:** During my employment with Venturist, Inc. I was entitled to the following vacation:

        2002: (3 weeks)
        2003: (3 weeks)
        2004: (3 weeks)
        2005: (3 weeks)
        2006: (4 weeks)

In 2002, I only used two weeks of vacation. In 2003, I only used two weeks of vacation. In 2004, I only took one week of vacation. In 2005, I only used eight days of vacation and in 2006 I did not use any vacation. Venturist, Inc. did not have any cap on the accrual of vacation time. Accordingly, at the time my employment with Venturist, Inc. ended I had accrued 376 hours of vacation.

My monthly salary at the time my employment with Venturist, Inc. ended was $4100, which equals approximately $23.65/hour. Within my final paycheck, Venturist, Inc. included $946.15 for vacation time, which would only cover approximately five vacation days. Accordingly, I am entitled to $8,797.00 in accrued, but unpaid vacation time.

**Meal Break Penalties:** During my employment with Venturist, Inc., I did not regularly receive a 30 minute, uninterrupted meal period. Accordingly, I am entitled to approximately $5,000 in meal break penalties.

**Waiting Time Penalties:** My employment with Venturist, Inc. ended in March 2006. To date, I have still not received the wages I am owed. I sent Venturist, Inc. a letter on April 15, 2006, in which I outlined the wages to which I believe I am entitled. However, Venturist, Inc. has still not compensated me. As such, I am entitled to waiting time penalties in the amount of $5,676.

**Total Amount of Wages and Penalties:** $300,767.