IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06cv00494 SRW |
| v. ) | |
| ) | |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW Defendant Pat Mauney (hereinafter "Defendant" or "Mauney"), pursuant to FED. R. CIV. P. 12(b)(2), and, through counsel, hereby moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction. Defendant, a citizen of the state of California, lacks sufficient, meaningful contacts with Alabama to render appropriate personal jurisdiction in this case and, as a result, Plaintiff's Complaint should be dismissed in its entirety by this Court.

WHEREFORE, for the reasons set forth herein and in a Memorandum Of Law In Support Of Defendant's Motion to Dismiss For Lack of Personal Jurisdiction and accompanying exhibits filed contemporaneously herewith, Defendant is entitled to dismissal of Plaintiff's Complaint in its entirety.

Respectfully submitted this 6th day of June, 2006.

/s/ Julie E. Jordan
Julie E. Jordan (JOR038)
**MARTENSON, HASBROUCK & SIMON LLP**
AL State Bar No. ASB 2706-U73J
3379 Peachtree Road, N.E.
Suite 400

Atlanta, GA 30326
Telephone:  (404) 909-8100
Facsimile:  (404) 909-8120

--and--

Jennifer D. Barrera
**CARLTON DiSANTE & FREUDENBERGER LLP**
CA State Bar No. 219617
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone:  (916) 361-0991
Facsimile:  (916) 361-1480
E-Mail:  jbarrera@cdflaborlaw.com

**ATTORNEYS FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06cv00494 |
| ) | |
| ) | |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document entitled **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** has been served via the Court's ECF system to the following:

Emily C. Marks
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
P.O. Drawer 2148
Montgomery, AL 36102

This 6th day of June, 2006

/s/ Julie E. Jordan
Julie E. Jordan, Esq.

3