IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06cv00494 SRW |
| v. ) | |
| ) | |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

The Court, having considered Defendant Pat Mauney's timely filed Motion to Dismiss for Lack of Personal Jurisdiction, pursuant to FED. R. CIV. P. 12(b)(2), and all other matters, pleadings, and files deemed relevant and necessary, HEREBY GRANTS DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND DISMISSES PLAINTIFF'S ACTION IN ITS ENTIRETY.

Defendant Pat Mauney does not have sufficient, meaningful contacts with the state of Alabama to render personal jurisdiction appropriate in this matter. Additionally, all of the significant events and actions giving rise to Plaintiff's action occurred in California, not Alabama. Therefore, Defendant's Motion is GRANTED and Plaintiff's action is DISMISSED.

IT IS SO ORDERED

GRANTED this ____ day of _____, 2006

_____
SUSAN RUSS WALKER
Magistrate Judge

**PREPARED AND PRESENTED BY:**

Julie E. Jordan (JOR038)
**MARTENSON, HASBROUCK & SIMON LLP**
AL State Bar No. ASB 2706-U73J
3379 Peachtree Road, N.E.
Suite 400
Atlanta, GA 30326
Telephone:  (404) 909-8100
Facsimile:  (404) 909-8120

--and--

Jennifer D. Barrera
**CARLTON DiSANTE & FREUDENBERGER LLP**
CA State Bar No. 219617
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone:  (916) 361-0991
Facsimile:  (916) 361-1480
E-Mail:  jbarrera@cdflaborlaw.com

**ATTORNEYS FOR DEFENDANT**

**COPY TO:**

Emily C. Marks
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
P.O. Drawer 2148
Montgomery, AL 36102-2148

**ATTORNEY FOR PLAINTIFF**