EXHIBIT  B

STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
STATE LABOR COMMISSIONER

FOR OFFICE USE ONLY – NO ESCRIBA EN ESTA SECCION

| Taken by | Wage Adjudication |
|---|---|
| Date filed | Action | SIC Number |

## Initial Report or Claim/ Reporte Inicial O Reclamo

PLEASE PRINT ALL INFORMATION / POR FAVOR ESCRIBA CON LETRA DE MOLDE TODA LA INFORMACIÓN

If interpreter needed, what language?/Si necesita un interprete, que idioma?:

Your name / Su nombre: **Patricia G Mauney**
Interpreter needed / Interprete requerido: ☐ Yes ☒ No
Social Security Number / No. de Seguro Social: 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
Date of birth / Fecha de nacimiento: 6/27/1947

Your address – Number and street, apartment or space no. / Su domicilio – No. y calle, apartamento o no. de espacio: **11414 Forty Niner Circle**
Home phone no. / Teléfono - casa: (916) 852-7035
Work phone no. / current: ( )

City, State, Zip Code / Ciudad, Zona Postal: **Gold River, CA 95670**
California Driver's License No. / CA. I.D. Number: **K0765038**

### AGAINST / EN CONTRA

Name of business / Nombre del negocio: **Venturist Inc.**
☒ Corporation ☐ Sociedad anonima
☐ Sole owner ☐ Propietario
☐ Partnership ☐ Sociedad
☐ LLC-LLP ☐ LLC-LLP
☐ Bankruptcy ☐ Bancarrota
☐ Business sold ☐ Negocio vendido
☐ Business closed ☐ Negocio cerrado

Employer's vehicle license no./Numero de licencia del vehículo del empleador: _____

Address of business: **8233 Old Federal Road, Montgomery, AL 36117**

Name of person in charge: **John A. Warden III**
Telephone no.: **334-272-9800**
Type of business: **Consulting**
No. of employees: **4**

Type of work performed: **Consulting/Marketing**
Date of hire: **6/1/2000**
Public Works Project? ☐ Yes ☒ No
Was your job union? ☐ Yes ☒ No

Location where work performed: **11414 Forty Niner Cir., Gold River, CA 95670 / 8233 Old Federal Rd, Montgomery, AL**

### WAGES - CONDITIONS OF EMPLOYMENT / SUELDO - CONDICIONES DE EMPLEO

Rate of pay: $ **See Exhibit A**
Total hours worked: By day **See** By week **Exhibit A**
Paid Overtime? ☐ Yes ☒ No

Are you still working for this employer? **Constructive** ☒ Discharged ☐ Quit
On what date? **3/28/06**
Were you paid at time of discharge? ☐ Yes ☒ No

If quit, did you give 72 hours notice? ☐ Yes ☐ No
Have you asked for your wages? ☒ Yes ☐ No
If yes, on what date? **4/13/06 By Mail**
☐ In person ☒ By mail

How were you paid? ☐ By check ☐ In cash
Given a deduction slip? ☐ Yes ☒ No
Did you keep a record of hours worked? ☐ Yes ☒ No

### GROSS WAGES CLAIMED / GANANCIAS EN BRUTO RECLAMADAS

From (date): **1/2005**
To (date): **3/06**
Number of hours, days, weeks or months: **See Exhibit A**

At the rate of: $ **See Exhibit A**
Gross amount claimed: $ **See Exhibit A**
Less amount paid: **See Exhibit A**
Amount claimed: $ **"**

Brief explanation of issues: **See Exhibit A**

I hereby certify that this is a true statement to the best of my knowledge.

Signed: *Patricia J. Mauney*
Date: **5/11/2006**

DLSE FORM 1 / WAGE ADJUDICATION REV. 5/2005

## EXHIBIT "A"

I believe that I am entitled to the following wages, which Venturist, Inc. has failed to pay me.

**Unpaid Commissions:** While employed with Venturist, Inc. from March 2003 until December 2005, I earned, but was not paid, the following commissions:

| | |
|---|---|
| PP2 (April 2003) | $1,331.80 |
| Pfizer (May 2003) | $150.00 |
| EJGH (May 2003) | $10.00 |
| Pfizer (June 2003) | $1,650.00 |
| CEN (October 2003) | $40.00 |
| AB (October 2003) | $11.20 |
| Pfizer, La Jolla HR (October 2003) | $5,380.00 |
| Bama (October 2003) | $650.00 |
| City of Garland (December 2003) | $334.50 |
| SAIC – Borneman (January 2004) | $6.40 |
| City of Garland (January 2004) | $19.00 |
| AB Canada (February 2004) | $10.00 |
| SAIC (May 2004) | $20.00 |
| TI Bama (May 2004) | $22.14 |
| DTRA (June 2004) | $69.86 |
| DTRA (July 2004) | $3058.00 |
| Oracle Packaging (August 2004) | $4,000.00 |
| ANG (August 2004) | $400.00 |
| Oracle Packaging (September 2004) | $3,000.00 |
| Oracle Packaging (October 2004) | $21,000.00 |
| Scandinavia (December 2004) | $800.00 |
| Prometheus Academy (January 2005) | $400.00 |
| MTC (July 2005) | $1,375.00 |
| AMD (October 2005) | $36,000.00 |
| Denmark (December 2005) | $1,100.00 |
| Prometheus Academy (January 2006) | $15,600.00 |
| Top Aces (January 2006) | $30,000.00 |
| **Total:** | **$126,437.10** |

In addition to the commissions listed above, there were other deals that I assisted in negotiating/closing, but was not paid a commission. These deals included IMS (June 2005), Bama (September 2005), AMD (October 2005), Bama (November 2005), and AMD (December 2005). I estimate that I am owed an additional $50,000 in commissions from these deals. Accordingly, I am owed approximately $176,000 in unpaid commissions.

**Overtime Wages:** During my employment with Venturist, Inc., I was never compensated for any overtime that I worked. I estimate that I worked approximately 55 hours each week. Accordingly, based upon my yearly compensation, I believe I am entitled to the following amount in overtime wages:

> 2003: (hourly rate $23.79) = $27,838
> 2004: (hourly rate $25.58) = $29,936
> 2005: (hourly rate $44.00) = $47,520
> **Total:** $105,294

**Unpaid Vacation:** During my employment with Venturist, Inc. I was entitled to the following vacation:

> 2002: (3 weeks)
> 2003: (3 weeks)
> 2004: (3 weeks)
> 2005: (3 weeks)
> 2006: (4 weeks)

In 2002, I only used two weeks of vacation. In 2003, I only used two weeks of vacation. In 2004, I only took one week of vacation. In 2005, I only used eight days of vacation and in 2006 I did not use any vacation. Venturist, Inc. did not have any cap on the accrual of vacation time. Accordingly, at the time my employment with Venturist, Inc. ended I had accrued 376 hours of vacation.

My monthly salary at the time my employment with Venturist, Inc. ended was $4100, which equals approximately $23.65/hour. Within my final paycheck, Venturist, Inc. included $946.15 for vacation time, which would only cover approximately five vacation days. Accordingly, I am entitled to $8,797.00 in accrued, but unpaid vacation time.

**Meal Break Penalties:** During my employment with Venturist, Inc., I did not regularly receive a 30 minute, uninterrupted meal period. Accordingly, I am entitled to approximately $5,000 in meal break penalties.

**Waiting Time Penalties:** My employment with Venturist, Inc. ended in March 2006. To date, I have still not received the wages I am owed. I sent Venturist, Inc. a letter on April 15, 2006, in which I outlined the wages to which I believe I am entitled. However, Venturist, Inc. has still not compensated me. As such, I am entitled to waiting time penalties in the amount of $5,676.

**Total Amount of Wages and Penalties:** $300,767.