*Direct any correspondence to:*
LABOR COMMISSIONER, STATE OF CALIFORNIA
Department of Industrial Relations
Division of Labor Standards Enforcement
2031 Howe Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 263-2841   Fax: (916) 263-2853

PLAINTIFF:  PATRICIA G. MAUNEY
            11414 FORTY NINER CIRCLE
            GOLD RIVER, CA  95670

DEFENDANT:  VENTURIST, INC.
            8233 OLD FEDERAL ROAD
            MONTGOMERY, AL 36117

| State Case Number 08-50452 1 DD | NOTICE OF CLAIM AND CONFERENCE |

ALL PARTIES in the above matter ARE TO APPEAR for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:**  2031 Howe Avenue, Suite 100, Sacramento, CA 95825

**DATE:**  Wednesday, July 12, 2006           **TIME:** 3:00 PM

The purpose of this conference is to discuss the validity and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:
Commission, overtime, vacation wages, meal period penalties, waiting time penalties for the period 1/1/03 - 4/28/06, amount being $300,767.00 (see atttached breakdown)

### CLAIMING $300,767.00

[ ] and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of ................. per day until paid, but not to exceed thirty days.

[ ] and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty of per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

**ALL PARTIES** please bring any supporting material you have, including books, payroll records, time records or other documents that may have bearing on this matter.

**To the Defendant:**

Prior to the conference, you may submit to this office a written reply regarding this claim. However, you should still attend the conference.

If this matter is not settled at the conference, a hearing may be scheduled. Any wages awarded as a result of a hearing pursuant to Labor Code Section 98(a) will accrue interest from the date they are found due until they are paid (Labor Code Section 98.1(c)).

**Instead of appearing** for the above conference you can settle this claim by mailing **immediately** to this office a check or money order made payable to the **Plaintiff** for the full amount of the claim, **plus penalties.** If you concede that part of the claim is valid the conceded amount **must be paid immediately** as required by Labor Code Section 206.

Any disputed amount will be discussed at the scheduled conference. Payment must be accompanied by a separate or detachable itemized statement of any deductions made, as provided by the Labor Code. Do not make payroll deductions from amounts paid as penalties.

**If this claim is not settled, it will be resolved as provided by Section 98 (a) of the Labor Code.**

DATED: May 24, 2006

                            Dan Dellarocca      *Deputy Labor Commissioner*
                            916-263-2844

DLSE 563/PLT.  (REV9/96)     NOTICE OF CLAIM AND CONFERENCE                  LC. 98