IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., | ) |
| Plaintiff | ) ) ) Case No. 2:06CV00494SRW ) ) ) |
| PAT MAUNEY, | ) ) |
| Defendant. | ) ) |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to the Local Rules of the Middle District of Alabama, Rule 83.1, Julie Jordan on behalf of Defendant Pat Mauney respectfully requests this Court to grant this motion and admit Jennifer Barrera to appear and participate in this action.

Jennifer Barrera resides in Sacramento, California, and is an attorney with the law firm of Carlton, DiSante, & Freudenberger, located at 8950 Cal Center Drive, Suite 150 in Sacramento, California, 95826. (Declaration of Jennifer Barrera ¶ 3). Since May 2002, Jennifer Barrera has been a member in good standing of the Bar of the State of California. Ms. Barrera's California Bar Number is 219617. Since September 2003, Jennifer Barrera has been and presently is a member in good standing of the U.S.D.C. Eastern District of California and U.S.D.C. Southern District of California. Jennifer Barrera is not suspended or disbarred in any court. (Declaration of Jennifer Barrera ¶ 4). Jennifer Barrera has not applied for admission *Pro Hac Vice* in any other Alabama case. (Declaration of Jennifer Barrera ¶ 5.)

Attached as Exhibit "A" to this motion is a Certificate of Good Standing from the U.S.D.C. Eastern District of California along with a check in the amount of $20 to the Clerk of the Court of the Middle District of Alabama.

## CONCLUSION

In light of the foregoing, Julie Jordan, on behalf of Defendant Pat Mauney respectfully requests this court to grant this motion and admit Jennifer Barrera as Counsel, *Pro Hac Vice*, to this action.

This 10 day of June, 2006                MARTENSON HASBROUCK & SIMON

_____
Julie Jordan
3379 Peachtree Rd., NE, Ste. 400
Atlanta, GA 30326
Telephone: (404) 919-8100
Facsimile: (404) 909-8120

This 8 day of June, 2006                CARLTON DiSANTE & FREUDENBERGER

_____
Jennifer D. Barrera, CA Bar Number 219617
8950 Cal Center Drive, Suite 160
Sacramento, CA 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06CV00494SRW |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day caused to be served the foregoing MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE* and ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE* on Plaintiff by causing a copy of the same to be delivered to Plaintiff's counsel of record by first-class U.S. mail, adequate postage affixed thereto, as follows:

Emily C. Marks
BALL, BALL, MATTHEW & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Drawer 2148
Montgomery, Alabama 36102-2148

This 10th day of June, 2006

_____
Counsel for Defendant PAT MAUNEY

3

228987.1