## DECLARATION OF JENNIFER D. BARRERA

I, Jennifer D. Barrera, declare:

1. I have personal knowledge of the following and if called on to testify thereto under oath, I could and would do so truthfully.

2. Defendant Pat Mauney has asked that I appear and participate as counsel *pro hac vice* in this action on her behalf.

3. I reside in Sacramento, California and am an attorney with Carlton, DiSante, & Freudenberger, located at 8950 Cal Center Drive, Suite, 150, in Sacramento, California.

4. I was admitted to practice law in the State of California in May 2002. I have been admitted to practice before the following courts: U.S.D.C. for the Eastern District of California (September 2003); U.S.D.C. for the Southern District of California (September 2002). I am a member in good standing in these courts, and am not suspended or disbarred in any court.

5. I have not applied for admission *Pro Hac Vice* in any other Alabama case.

6. Attached hereto as Exhibit "A" is a Certificate of Good Standing that I received from the U.S.D.C. of the Eastern District of California.

I declare under penalty of perjury under the laws of the States of California and Alabama, and the United States that the foregoing is true and correct. Executed in Sacramento, California, the 8th day of June, 2006.

Jennifer D. Barrera

228987.1