EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF GOOD STANDING

I, Jack L. Wagner, Clerk of this Court,

certify that

## JENNIFER D. BARRERA

### 219617

was duly admitted to practice in this Court on

December 16, 2003

and is in good standing

as a member of the Bar of this Court.

Dated at Sacramento on June 8, 2006

_____            _____
Jack L. Wagner                              M. Krueger - DEPUTY CLERK
CLERK OF COURT