## PROPOSED ORDER GRANTING

## DEFENDANT MOTION FOR ADMISSION OF COUNSEL *PRO HACE VICE*

The Court, having considered Defendant's Motion for Admission of Counsel *Pro Hac Vice,* pursuant to Local Rule 83.1, HEREBY GRANTS DEFENDANT'S MOTION. Jennifer D. Barrera is permitted to appear and participate in this action in Alabama.

IT IS SO ORDERED

GRANTED this \_\_\_\_ day of June, 2006

_____

SUSAN RUSS WALKER

Magistrate Judge

228987.1