IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

VENTURIST, INC., )
 )
    Plaintiff )
 )
 ) Case No. 2:06CV00494SRW
 )
 )
PAT MAUNEY, )
 )
    Defendant. )
 )

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to the Local Rules of the Middle District of Alabama, Rule 83.1, Julie Jordan on behalf of Defendant Pat Mauney respectfully requests this Court to grant this motion and admit Jennifer Barrera to appear and participate in this action.

Jennifer Barrera resides in Sacramento, California, and is an attorney with the law firm of Carlton, DiSante, & Freudenberger, located at 8950 Cal Center Drive, Suite 150 in Sacramento, California, 95826. (Declaration of Jennifer Barrera ¶ 3). Since May 2002, Jennifer Barrera has been a member in good standing of the Bar of the State of California. Ms. Barrera's California Bar Number is 219617. Since September 2003, Jennifer Barrera has been and presently is a member in good standing of the U.S.D.C. Eastern District of California and U.S.D.C. Southern District of California. Jennifer Barrera is not suspended or disbarred in any court. (Declaration of Jennifer Barrera ¶ 4). Jennifer Barrera has not applied for admission *Pro Hac Vice* in any other Alabama case. (Declaration of Jennifer Barrera ¶ 5.)

Attached as Exhibit "A" to this motion is a Certificate of Good Standing from the U.S.D.C. Eastern District of California along with a check in the amount of $20 to the Clerk of the Court of the Middle District of Alabama.

228987.1                         1

**MOTION GRANTED**
THIS 15th DAY OF June, 2006

_____
UNITED STATES MAGISTRATE JUDGE