IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2006 JUN 26  A 10: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

| | |
|---|---|
| VENTURIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv00494 |
| | ) |
| PAT MAUNEY, | ) |
| | ) |
| Defendants, | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

06/22/06
Date

_[signature]_
Signature

Jennifer D. Barrera
Counsel For PATRICIA MAUNEY

CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive, Suite 160, Sacramento, CA 95826
Address, City, State Zip Code

(916) 361-0991
Telephone Number