IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:06cv494-SRW |
| PAT MAUNEY | ) |
| Defendant. | ) |

*RECEIVED 2006 JUN 26 P) 3:42 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

June 26, 2006
DATE

[Signature]
Signature

Counsel for Venturist, Inc.

Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109
(334) 387-7680