IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

VENTURIST, INC.,                )
                                )
    Plaintiff              )
                                )   Case No. 2:06cv00494 SRW
                                )
                                )
                                )
                                )
PAT MAUNEY,                     )
                                )
    Defendant.             )
                                )

## DECLARATION OF CAROL DANTE

1. I, Carol Dante, declare that I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have known Pat for several years, including the time in which she worked for Venturist, Inc. in Sacramento, California. I have personal knowledge of some of the hours Pat Mauney worked during her employment with Venturist, Inc. in California.

3. Traveling to Alabama in order to testify at any trial in this action, or to attend any deposition, would be a significant inconvenience for me, as I currently reside in Sacramento, California. The expense of travel and lodging that I would have to pay in order to appear in Alabama is a financial burden that I cannot bear.

I declare under the penalty of perjury under the laws of the United States, the State of Alabama, and the State of California that the foregoing is true and correct, and that this declaration was executed on June 29, 2006 in Folsom, California.

_____
Carol Dante