IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06cv00494 SRW |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF LEIGH MASON

1. I, Leigh Mason, declare that I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I am the daughter of Pat Mauney and have personal knowledge of some of the hours Pat Mauney worked during her employment with Venturist, Inc. in California.

3. Traveling to Alabama in order to testify at any trial in this action, or to attend any deposition, would be a significant inconvenience for me, as I currently reside in Sacramento, California. I have a full-time job that I would be forced to take a substantial time off of in order to appear at any trial in Alabama. Additionally, the expense of travel and lodging that I would have to pay in order to appear in Alabama would be a huge financial burden that I simply cannot bear.

I declare under the penalty of perjury under the laws of the United States, the State of Alabama, and the State of California that the foregoing is true and correct, and that this declaration was executed on June 29, 2006 in Sacramento, California.

_____
Leigh Mason

231314.1                          1