### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:06cv00494 SRW |
| ) | |
| ) | |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF NICK MAUNEY

1. I, Nick Mauney, declare that I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I am Pat Mauney's husband and regularly observed the hours Pat worked during her employment with Venturist, Inc. from January 2003 until March 2006. During her employment with Venturist, Inc. from 2003 until 2006, Pat primarily worked out of her home office in Sacramento, California, where we reside.

3. Traveling to Alabama in order to testify at any trial in this action, or to attend any deposition, would be a significant inconvenience for me. I have a full-time job that I would be forced to take time off of in order to appear at any trial. Additionally, the expense of travel and lodging that I would have to pay in order to appear in Alabama would be a huge burden.

I declare under the penalty of perjury under the laws of the United States, the State of Alabama, and the State of California that the foregoing is true and correct, and that this declaration was executed on June 27, 2006 in Sacramento, California.

231310.1                                                                    1

*Nick Mauney*

2

231310.1