IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENTURIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv494-SRW |
| | ) | |
| PAT MAUNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is presently before the court on the motion to remand filed by plaintiff on June 28, 2006 (Doc. # 10) and defendant's motion for change of venue (Doc. # 11), filed June 29, 2006. Upon consideration of the motions, it is

ORDERED that defendant may respond to the motion to remand and plaintiff may respond to defendant's motion for change of venue on or before July 31, 2006.

Done, this 5th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE