IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENTURIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv494-SRW |
| ) | |
| PAT MAUNEY, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of the parties stipulated protective order, which the court construes as a motion for protective order, (Doc # 13), filed July 17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED without prejudice.

DONE, this 20th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE