IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VENTURIST, INC., )<br>)<br>    Plaintiff )<br>) | Case No. 2:06cv00494 SRW |
| )<br>)<br>)<br>PAT MAUNEY, )<br>)<br>    Defendant. )<br>) | |

## DECLARATION OF JENNIFER D. BARRERA IN SUPPORT OF

## OPPOSITION TO MOTION TO REMAND

    1.    I, Jennifer D. Barrera, declare as follows,

    2.    I have personal knowledge of the following and if called on to testify thereto under oath, I could and would do so truthfully.

    3.    On April 13, 2006, I sent John Warden, the CEO of Plaintiff Venturist, Inc., a letter that outlined the various unpaid commissions, unpaid overtime wages, and statutory penalties that Plaintiff owed Ms. Mauney. I also explained that Plaintiff misclassified Mauney as an independent contractor and that she was not an exempt employee. As a result of these various labor violations, Plaintiff owed Mauney over $200,000 in unpaid wages and penalties. A true and correct copy of this letter is attached hereto as Exhibit "1."

    4.    Mr. Warden never directly responded to the letter. Instead, he filed this declaratory relief action approximately two weeks after I sent the letter.

\\\

I declare under penalty of perjury under the laws of the States of California and Alabama, and the United States that the foregoing is true and correct. Executed in Sacramento, California, the _____ day of July, 2006.

    /S/ - Jennifer D. Barrera
Jennifer D. Barrera
CA Bar No. 219617
Attorney for Defendant Pat Mauney
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive, Suite 160
Sacramento, CA 95826
Telephone: (916) 361-0991
Fax: (916) 361-1480
E-mail: jbarrera@cdflaborlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered:

Emily C. Marks
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
P.O. Drawer 2148
Montgomery, AL 36102-2148

Julie Jordan
MARTENSON, HASBROUCK & SIMON, LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta, GA 30326

                              Respectfully submitted,

                              /S/ - Jennifer D. Barrera
                              Jennifer D. Barrera
                              CARLTON DiSANTE & FREUDENBERGER LLP
                              8950 Cal Center Drive, Suite 160
                              Sacramento, CA 95826
                              Phone: (916) 361-091
                              Fax:  (916) 361-1480
                              e-mail: jbarrera@cdflaborlaw.com
                              CA Bar No. 219617