IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENTURIST, INC., | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL ACTION NO. 2:06cv494-SRW |
| PAT MAUNEY, | * | |
| DEFENDANT. | * | |

### AFFIDAVIT OF LISA BRADLEY

Before me, the undersigned authority, on this day personally appeared Lisa Bradley, who being by me first duly sworn, deposed and stated upon her oath the following:

My name is Lisa Bradley. I am over the age of twenty-one (21) years. I have personal knowledge of the following:

I am the Office Manager of Venturist, Inc. and have been with the company since 2005. I have personal knowledge of the circumstances surrounding Pat Mauney's professional relationship with Venturist, Inc. including but not limited to her compensation, the extent of her contributions to the company, and the terms and conditions of her relationship with the company.

I live in Montgomery, Alabama. I am a single mother of a seven (7) year old child and do not have any family close by to help me with childcare. It would be a significant hardship for me to travel to California to testify about the material aspects of the relationship between Pat Mauney and Venturist, Inc. In fact, it would be impossible for me to travel to California because of my childcare issues. It would be far more convenient for me to testify in Montgomery, Alabama.

_____
LISA BRADLEY

STATE OF ALABAMA
COUNTY OF MONTGOMERY

Before me, the undersigned Notary Public, did personally appear LISA BRADLEY who states to me that she is aware of the contents of the foregoing document, and that she did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this the 28th day of July, 2006.

_____
NOTARY PUBLIC
My commission expires: 10-14-2006

2