IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENTURIST, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:06cv494-SRW |
| | * | |
| PAT MAUNEY, | * | |
| | * | |
| DEFENDANT. | * | |

## REPORT OF PARTIES DISCOVERY PLANNING MEETING

1. Pursuant to Fed. R. Civ. P., 26(f), a meeting was held by telephone conference on August 16, 2006, between Emily C. Marks, Counsel for the Plaintiff, and Jennifer D. Barrera, Counsel for the Defendant. The following discovery plan proposed below was prepared in accordance with the Court's Order of August 4, 2006 (Doc.20), and is in no way a waiver of defendant's challenge to this Court's exercise of personal jurisdiction over her (Doc.2), nor a waiver of defendant's request for a change of venue (Doc.11), both of which are currently pending before this Court. Additionally, this discovery plan is not a waiver of plaintiff's challenge to the removal of this action to federal court, which is also pending before this Court (Doc.10).

2. Pre-Discovery Disclosures. The parties will exchange by November 3, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan.

  A. Discovery will be needed on the following subjects: Plaintiff's claims and Defendant's defenses;

    B. All discovery shall be commenced in time to be completed by January 28, 2008; Final list of witnesses shall be exchanged on or before December 17, 2007.

    C. A maximum of 35 interrogatories by each party to the other party;

    D. A maximum of 30 requests for admissions by each party to the other party;

    E. A maximum of 45 requests for production by each party to any other party;

    F. A maximum of 8 depositions by Plaintiff and 8 depositions by Defendant.

    G. Reports from retained experts under Rule 26(a)(2) shall be due:

    From Plaintiff by October 15, 2007;

    From Defendant by November 12, 2007;

    H. Supplementations under Rule 26(e) due 30 days after receipt of information.

  4. Other items:

    A. The parties request a telephone conference with the Court before entry of the Scheduling Order.

    B. The parties do not request a pretrial conference prior to the entry of this Scheduling Order.

    C. Plaintiff should be allowed until May 15, 2007 to amend the pleadings.

    D. Defendant should be allowed until June 15, 2007 to amend the pleadings.

    E. All potentially dispositive motions should be filed by December 17, 2007. Settlement cannot be evaluated prior to the close of discovery. Parties request a final pretrial conference on or about February 11, 2008.

    F. Final lists of exhibits shall be due 21 days before trial.

      G.    Parties shall have 7 days after service of final lists of exhibits to list objections.

      H.    The case should be ready for trial by March 17, 2008, and at this time is expected to take approximately 3-5 days.

DATE: <u>August 21, 2006</u>

<u>/s/ Emily C. Marks</u>
EMILY C. MARKS
Attorney for Plaintiff

<u>/s/ Jennifer D. Barrera</u>
JENNIFER D. BARRERA
Attorney for the Defendant.