IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENTURIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv494-SRW |
| | ) |
| PAT MAUNEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon the request of the parties, and for good cause, it is

ORDERED that a scheduling conference is set for 9:00 a.m. on Tuesday, September 26, 2006, in this case. Counsel for the plaintiff is DIRECTED to set up the telephone conference call.

DONE, this 19th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE