MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    September 26, 2006        9:00 a.m.
DATE COMPLETED:    September 26, 2006        9:10 a.m.

| VENTURIST, INC. | * | |
| vs | * | 2:06cv494-SRW |
| PAT MAUNEY | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Emily C. Marks | * | Jennifer D. Barrera |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

SCHEDULING CONFERENCE

9:00 a.m.    Conference begins.
Ms. Marks states she wants to discuss status of case and procedural issues. Statements regarding California case that is pending.
Ms. Marks discussions regarding moving up trial date to sometime in 2007 instead of 2008.
Ms. Barrera's response to moving up trial date and discussions regarding pending motions.
Counsel's further statements regarding trial date and status of California case.
Court statements regarding controversy as to trial date.
Further discussions regarding moving trial date.
Court will have to resolve trial date issue as parties cannot agree. Ms. Marks would like to move trial date up to summer or early fall of 2007. Ms. Barrera wants trial date to remain in 2008.
Parties state they are in the process of setting up a private mediation with a California mediator and possibly an Alabama mediator. Parties hope to have this set up in October.
Discussions regarding pending motions.
Court directs Ms. Barrera to file a motion to extend date for initial disclosures. Motion will be unopposed.

9:10 a.m.    Conference recessed.