IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENTURIST, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv494-SRW |
| PAT MAUNEY, | ) |
| Defendant. | ) |

## **ORDER**

Upon notification by the parties that they have reached a settlement in this matter, and for good cause, it is

ORDERED that on or before November 1, 2006, the parties shall file a joint stipulation of dismissal or other appropriate pleadings.

DONE, this 12th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE