## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| VENTURIST, INC., | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:06cv494-SRW |
| | * | |
| PAT MAUNEY, | * | |
| | * | |
| **DEFENDANT.** | * | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW,** the plaintiff, Venturist, Inc. and submits the following Unopposed Motion for Extension of Time to file a Joint Stipulation of Dismissal. As grounds for this Motion, plaintiff would show as follows:

On October 12, 2006, this Court ordered the parties to enter a Joint Stipulation of Dismissal or other appropriate pleadings in this case on or before November 1, 2006. The parties have executed the appropriate settlement documents. However, these settlement documents will not be effective until November 2, 2006.

Accordingly, the plaintiff respectfully requests a one-day extension of time in which to file the Stipulation of Dismissal in this case. Counsel for the plaintiff has conferred with counsel for the defendant and the defendant has no objection to this Motion.

RESPECTFULLY SUBMITTED,

**MOTION GRANTED**

THIS ___1st___ DAY OF ___November___, 20 06

_____
**UNITED STATES MAGISTRATE JUDGE**

s/      Emily C. Marks
EMILY C. MARKS
Attorney for Plaintiff Venturist, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
P. O. Drawer 2148
Montgomery, AL  36102-2148
(334) 387-7680

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered:

Jennifer Barrera
Carlton, DiSante & Freudenberger
8950 Cal Center Dr., Ste. 160
Sacramento, CA 95826

/s/     Emily C. Marks_____
OF COUNSEL