IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **VENTURIST, INC.,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:06cv494-SRW |
| | * | |
| **PAT MAUNEY,** | * | |
| | * | |
| DEFENDANT. | * | |

## JOINT STIPULATION FOR DISMISSAL

COME NOW, the plaintiff, Venturist, Inc., and defendant, Pat Mauney, by and through their respective attorneys, and hereby stipulate and agree that all claims of Venturist, Inc. in the above-styled action should be dismissed with prejudice, with each party bearing its or her own costs.

DONE THIS 2ND DAY OF NOVEMBER, 2006.

Respectfully Submitted,

/s/     Emily C. Marks_____
EMILY C. MARKS
Attorney for Plaintiff Venturist, Inc.

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
P. O. Drawer 2148
Montgomery, AL  36102-2148
(334) 387-7680

/s/     Jennifer Barrera_____
JENNIFER BARRERA
Attorney for Defendant Pat Mauney

OF COUNSEL:
Carlton, DiSante & Freudenberger
8950 Cal Center Dr., Ste. 160
Sacramento, CA 95826