IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENTURIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:06cv494-SRW |
| | ) |
| PAT MAUNEY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

Pursuant to the joint stipulation for dismissal filed by the parties on November 2, 2006, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 3rd day of November, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE